**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **JOHN R. CAIN** | **CASE NO. 16-03723-KMS** |
| **KATIE M. CAIN,** | |
| **DEBTORS.** | **CHAPTER 13** |

**To:**   **L. Jackson Lazarus**
            jacklaz@cableone.net

**NOTICE**

On December 30, 2016, a *Notice of Amendment to Schedule C* (Dkt. #21) was filed by you on behalf of John R. Cain and Katie M. Cain in the above-styled case.

**YOU ARE HEREBY NOTIFIED** that the *Notice* is defective for the following reason(s):

● Failure to file certificate of service reflecting all creditors/parties in interest noticed

**YOU ARE FURTHER NOTIFIED** that failure to correct the above deficiency on or before January 19, 2017 may result in an order striking the above *Notice* without further notice, or in other action being taken by the Court.

**Dated:   January 5, 2017**         **Danny L. Miller, Clerk of Court**

By: /s/ Keisha M. Brown, Case Administrator
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street
Gulfport, MS 39501
601-608-4639