UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JOHN & KATIE CAIN | CASE NO. 16-03723-NPO |
| J.C. Bell<br>Chapter 13 Trustee<br>mdg@jcbell.net | U. S. Trustee<br>USTPRegion05.JA.ECF@usdoj.gov |
| ALL CREDITORS | |

## NOTICE OF AMENDMENT OF SCHEDULE C

   **YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the Bankruptcy Court an Amended Schedule C: Property Claimed as Exempt (see copy of Amended Schedule C attached).

   **YOU ARE FURTHER NOTIFIED** that any objection or other response to the list of property claimed as exempt must be filed with the U. S. Bankruptcy Court; a copy thereof served to the United States Trustee, Case Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting of creditors or within 30 days after service of this notice of amendment, whichever is later.

/s/ L. JACKSON LAZARUS

## CERTIFICATE OF SERVICE

    I, L. Jackson Lazarus, the undersigned Attorney at Law for the above referenced debtor(s), do hereby certify that I have this date served a true and correct copy of the Notice of Amendment and amended Schedule C: The Property You Claim as Exempt to all creditors via First Class U.S. Mail and the case trustee and U.S. Trustee via First Class U.S. Mail and the case trustee and U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.

    SO CERTIFIED, this the 10th day of January, 2017.

                                                  /s/ L. JACKSON LAZARUS

L. JACKSON LAZARUS  
P. O. BOX 1286  
NATCHEZ, MS  39121-1286  
(601) 445-8899  
MSB# 1114